```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
```

DANIEL SANTIAGO,

                         Plaintiff,

             -against-

TOWN & COUNTRY LINEN CORP., H.I.G. CAPITAL, L.L.C.,
AND DAVID BEYDA,

                         Defendants.

```
------------------------------------------------------------------X
```

**USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #:___ DATE FILED: 01/13/2020**

**19-cv-10128 (PGG) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

A pre-motion conference in this matter is hereby scheduled for By **January 29, 2020 at 3:30 p.m.** Plaintiff will file a copy of the proposed second amended complaint, as well as redline of the proposed second amended complaint to the first amended complaint by **January 22, 2020**.

**SO ORDERED.**

DATED:     New York, New York
              January 13, 2020

_____
KATHARINE H. PARKER
United States Magistrate Judge