

**NIXON PEABODY LLP**
**ATTORNEYS AT LAW**

NIXONPEABODY.COM
@NIXONPEABODYLLP

**David A. Tauster**
*Associate*
T 516-832-7559
dtauster@nixonpeabody.com

50 Jericho Quadrangle
Suite 300
Jericho, NY 11753-2728
516-832-7500

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/28/2020
```

January 27, 2020

*Via ECF*

Hon. Katharine H. Parker, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      **RE:** *Santiago v. Town & Country Linen Corp., et al.*
            **S.D.N.Y. Docket No. 1:19-cv-10128 (PGG) (KHP)**

Dear Judge Parker:

    This firm represents defendants Town & Country Linen Corp. and David Beyda in the above referenced matter. We write jointly with the other parties to advise the court that the parties have reached a settlement in principle to resolve this matter. The parties anticipate filing a motion for approval of the settlement within the next thirty (30) days.

    To that end, the parties request that Your Honor adjourn the upcoming pre-motion conference, scheduled for January 29, 2020, and the initial conference, scheduled for February 5, 2020, *sine die* pending the parties' submission of the settlement agreement for judicial approval.

    We thank Your Honor for all courtesies extended.

                                      Respectfully submitted,
                                      Nixon Peabody LLP

                                      */s/ David A. Tauster*
                                      David A. Tauster

cc:    All counsel of record (via ECF)

**APPLICATION GRANTED**

*[signature]*
**Hon. Katharine H. Parker, U.S.M.J.**
**01/28/2020**